UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Mag. No. 97-M-0065-LPC |
| v. | ) |
| | ) |
| JOHN J. NICHOLS, III | ) |

## DISMISSAL

Now comes the United States, by its attorney, pursuant to Fed. R. Crim. P. 48(a), and dismisses the complaint in this matter and states that on April 23, 1998 the defendant, John J. Nichols, III, was arrested in Winooki, VT and the Massachusetts Parole Board initiated rendition proceedings to return him to Massachusetts to face state charges.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *(signature)*

PETER A. MULLIN
Assistant U.S. Attorney

Dated: October 12, 2004


Leave to file granted:

_____
LAWRENCE P. COHEN
United States Magistrate Judge

Dated: _____